UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON M. JONES, | Case No. 2:23-cv-2050-JDP |
| Plaintiff, | |
| v. | ORDER |
| CARDINAL HEALTH 414, LLC, | |
| Defendant. | |

For good cause shown in plaintiff's counsel's response, ECF No. 25, the court discharges its July 8, 2024 order to show cause, ECF No. 16.

IT IS SO ORDERED.

Dated:   April 11, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1