UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON M. JONES, | Case No. 2:23-cv-2050-JDP |
| Plaintiff, | |
| v. | ORDER |
| CARDINAL HEALTH 414, LLC, | |
| Defendant. | |

On May 15, 2025, defendant filed a motion a motion to compel plaintiff to provide responses to discovery. To date, plaintiff has not responded to defendant's motion.

Pursuant to Local Rule 230, a responding party is required to file an opposition or statement of non-opposition to a motion no later than fourteen days after the date it was filed.[1] E.D. Cal. L.R. 230(c). To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. Failure to comply with the court's deadlines "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L.R. 110.

---

[1] At the May 15, 2025 pre-discovery motion conference, the court instructed defendant to notice its motion in accordance with Local Rule 230 rather than Local Rule 251.

1

Accordingly, it is hereby ORDERED that:

1. The July 31, 2025 hearing on the defendant's motion to compel is continued August 14, 2025, at 10:00 a.m.

2. By no later than July 17, 2025, plaintiff shall file an opposition or statement of non-opposition to defendant's motion.

3. Plaintiff shall show cause by no later than July 17, 2025, why sanctions should not be imposed for failure to timely respond to defendant's motion.

4. Defendant may file a reply to plaintiff's opposition, if any, on or before July 31, 2025.

IT IS SO ORDERED.

Dated: __July 8, 2025__               _____
                                       JEREMY D. PETERSON
                                       UNITED STATES MAGISTRATE JUDGE

2