UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON M. JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARDINAL HEALTH 414, LLC,<br><br>　　　　Defendant. | Case No.  2:23-cv-2050-JDP<br><br><br>ORDER |

This case was before the court on August 14, 2025, for hearing on defendant's motion to compel plaintiff to provide responses to interrogatories and for sanctions.  ECF No. 33.  Attorney Raja Hafed appeared on behalf of defendant, and attorney Stephen Ramazzini appeared on behalf of plaintiff.

For the reasons state on the record, it is hereby ORDERED that:

1. Defendant's motion to compel, ECF No. 33, is GRANTED.

2. By no later than August 21, 2025, plaintiff shall provide complete responses, without objections, to defendant's Interrogatories, Set One.

3. Plaintiff shall reimburse defendant the reasonable expenses it incurred in bringing its motion to compel in the amount of $2,000.  *See* Fed. R. Civ. P. 37(a)(5)(A).

1

4. The court's July 8, 2025 order to show cause, ECF No. 35, is discharged.

IT IS SO ORDERED.

Dated: __August 15, 2025__                             _____
                                                       JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE