UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON M. JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>CARDINAL HEALTH 414, LLC, DOES 1 to 50, inclusive,<br><br>        Defendants. | Case No. 2:23-cv-02050-JDP<br><br>**ORDER RE JOINT STIPULATION TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Ctrm.:     9 – 13th Floor<br>Judge:  Hon. Jeremy D. Peterson<br><br>Complaint Filed:  February 14, 2023<br>Removal Filed:    09/21/2023<br>Trial Date:        Not Set |

Having reviewed and considered the Joint Stipulation to Modify the Initial pretrial Scheduling Order ("Stipulation"), between Plaintiff m. Mason Jones and Defendant Cardinal Health 414, LLC, the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court APPROVES the Stipulation and ORDERS the following:

1. Nonexpert discovery cutoff is continued to May 25, 2026;

2. Expert disclosure is continued to March 20, 2026;

3. Rebuttal expert disclosure is continued to April 20, 2026;

4. Expert discovery cutoff is continued to May 25, 2026;

ORDER RE JOINT STIPULATION MODIFYING              Case No. 2:23-cv-02050-JDP
INITIAL PRETRIAL SCHEDULING ORDER

5. Dispositive motion hearing deadline is continued to August 3, 2026.

IT IS SO ORDERED.


Dated:    February 18, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

ORDER RE JOINT STIPULATION MODIFYING                    Case No. 2:23-cv-02050-JDP
INITIAL PRETRIAL SCHEDULING ORDER